UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE NUT COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIB INTERNATIONAL TRADING, INC., a Canadian corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:13-cv-01660-GEB-EFB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Plaintiff was issued an Order to Show Cause ("OSC") on December 3, 2013, because of its failure to file a status report, to which Plaintiff responded. (Order, ECF No. 13; Pl.'s Resp. to Order, ECF No. 14.) Plaintiff's Response indicates that Plaintiff was confused about whether a status report needed to be filed since Plaintiff had initiated default proceedings, and appears to suggest it is the Court's obligation to determine the status of a matter when a status report is not timely filed. If this is Plaintiff's assumption, Plaintiff is incorrect.

Although Plaintiff's Response to the OSC indicates Plaintiff's counsel could be sanctioned, the undersigned judge will not impose a sanction this time. Therefore, Plaintiff's

1

request for a hearing on the OSC is unnecessary, and no hearing is scheduled.

Dated: December 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge