UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE NUT COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIB INTERNATIONAL TRADING, INC., a Canadian corporation,<br><br>　　　　　Defendant[*]. | No. 2:13-cv-01660-GEB-EFB<br><br>**ORDER** |

The Status (Pretrial Scheduling) Conference scheduled for hearing on May 12, 2014, is continued to July 21, 2014, at 9:00 a.m. A further status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff shall explain the status of the default proceedings.

### DISMISSAL OF DOE DEFENDANTS

Since Plaintiff has not justified Doe defendants remaining in this action, Does 1-10 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed August 12, 2013, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

---

[*] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

IT IS SO ORDERED.

Dated: May 1, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge