1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   GOLDEN GATE NUT COMPANY, a          No. 2:13-cv-01660-GEB-EFB
    California corporation,
8
              Plaintiff,
9                                        **ORDER STRIKING BILL OF COSTS**

10        v.

11   CIB INTERNATIONAL TRADING,
    INC., a Canadian corporation,
12
              Defendant.

13

14          Plaintiff's Bill of Costs filed August 27, 2014, is

15   stricken since it is untimely. <u>See</u> E.D. Cal. 292(b) ("Within

16   fourteen (14) days *after* entry of judgment or order under which

17   costs may be claimed, the prevailing party may serve on all other

18   parties and file a bill of costs . . . ." (emphasis added)).

19   Dated:  August 28, 2014

20

21   _____

22   GARLAND E. BURRELL, JR.
     Senior United States District Judge

23

24

25

26

27

28

                              1